Our File No.  WH-104-CM
FISHMAN MCINTYRE LEVINE SAMANSKY, P.C.
120 Eagle Rock Avenue
East Hanover, New Jersey 07936
Tel: (973) 560-9000
Fax: (973) 560-0060
Attorneys for Defendant, Whole Food Market Group, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LEANN VASQUEZ<br><br>　　　　Plaintiff<br><br>vs.<br><br>WHOLE FOODS MARKET GROUP, INC.;<br>JOHN DOES 1-10 (fictitious names representing unknown individuals) and/or XYZ CORPS. 1-10 (fictitious names representing unknown corporations, partnerships and/or limited liability companies or other types of legal entities)<br><br>　　　　Defendants | :<br>:<br>:<br>:<br>: CIVIL ACTION NO. 2:22-CV-01791-MCA-JRA<br>:<br>:<br>: **STIPULATION OF DISMISSAL**<br>　**WITH PREJUDICE**<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

　　　　The matter in difference in the above-entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that same be and is hereby dismissed in its entirety without costs against any parties, and with Prejudice as to the Defendant, Whole Food Market Group, Inc.

**DAVIS, SAPERSTEIN**
**& SALOMON, P.C.**
Attorney for Plaintiff Leann Vasquez

By: _Rachael Nass_____
　　Rachael Nass, Esq.

Dated: June 9, 2022

**FISHMAN McINTYRE**
**LEVINE SAMANSKY, P.C.**
Attorney for Defendant,
Whole Food Market Group, Inc.

By: _____
　　Christopher E. McIntyre, Esq.

Dated: 6/28/22

SO ORDERED

　_s/Madeline Cox Arleo_____
　MADELINE COX ARLEO, U.S.D.J.

Date:  6/30/22